UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>              Defendants. | CASE NO. 21-cv-01508-SKV<br><br>[proposed] ORDER re: PLAINTIFFS' MOTION FOR DECLARATORY AND INJUNCTIVE RELIEF AGAINST DEFENDANT IN HER OFFICIAL CAPACITY<br><br>Noted for: December 31, 2021 |

THIS MATTER having come before the Court on Plaintiffs' Motion for Declaratory and Injunctive Relief against Defendant in her Official Capacity, and the Defendant having been served with the complaint, summonses, and the Motion.

Upon review of the Plaintiffs' Motion, and the evidence submitted therewith, the Court

[PROPOSED] ORDER - 1

ARNOLD & JACOBOWITZ PLLC
2701 FIRST AVENUE, SUITE 200
SEATTLE, WA 98121
113 EAST WOODIN AVENUE, SUITE 200
CHELAN, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)

FINDS:

1. The book *The Truth About COVID-19: Exposing The Great Reset, Lockdowns, Vaccine Passports, and the New Normal* is constitutionally protected speech.

2. Senator Warren's September 7, 2021 letter to Amazon.com, Inc. has posed and/or poses a threat of suppressing protected speech and constitutes prior restraint.

NOW, THEREFORE, pursuant to FRCP 65 the Court ORDERS:

1. Plaintiffs' motion is GRANTED.

2. Senator Warren, and all her officers, agents, employees, attorneys and successors in office, and all other persons in active concert or participation with them, are ENJOINED from sending further letters seeking to suppress constitutionally protected speech, including with specific regard to *The Truth About COVID-19: Exposing The Great Reset, Lockdowns, Vaccine Passports, and the New Normal*.

3. The Court further ORDERS Senator Warren to publish a public retraction of the September 7, 2021, letter to Amazon, Inc. and to provide by hand delivery or overnight delivery a copy of said public retraction to all persons or entities that at any time prior to the date of this Order received a copy of the September 7, 2021, letter to Amazon, Inc. from any of the enjoined parties.

_____

_____

_____

_____

[PROPOSED] ORDER - 2

ARNOLD & JACOBOWITZ PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121
113 East Woodin Avenue, Suite 200
Chelan, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)

1  ENTERED this __ day of December 2021.

2  _____

3

4  The Honorable _____

5

6  Presented by:

7  **ARNOLD & JACOBOWITZ PLLC**

8  /s/Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356
9  R. Bruce Johnston, WSBA No. 4646
2701 First Ave., Ste. 200
10  Seattle, WA 98121
 (206) 799-4221
11  Nathan@CAJLawyers.com
*Counsel for Plaintiffs*
12

13

14

15

16

17

18

19

20

21

22

23

24

25

[PROPOSED] ORDER - 3

ARNOLD & JACOBOWITZ PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121
113 East Woodin Avenue, Suite 200
Chelan, WA 98816 (THIS OFFICE DOES NOT ACCEPT SERVICE OF PROCESS)