HONORABLE S. KATE VAUGHAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>                    Defendant(s). | CASE NO. 21-cv-01508-SKV<br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

**TO:          THE CLERK OF THE COURT**

**AND TO:     ALL PARTIES AND COUNSEL OF RECORD**

        **PLEASE TAKE NOTICE** that Lindsay McAleer, of Elias Law Group LLP, hereby

appears as attorney of record for Defendant Elizabeth Warren in her personal capacity, and that all

further papers and pleadings herein, except process, in this case may be served upon said defendant

by delivering a copy thereof to the undersigned attorneys at the address stated below. Counsel

enters her appearance without waiving any objections to insufficient service of process or

jurisdiction.

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT ELIZABETH WARREN - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Dated: December 14, 2021              **ELIAS LAW GROUP LLP**


By /s/  Lindsay McAleer
    Lindsay McAleer
    WSBA No. 49833
    **Elias Law Group LLP**
    1700 Seventh Ave, Suite 2100
    Seattle, WA 98101
    (206) 656-0235
    LMcAleer@elias.law