The Honorable Barbara J. Rothstein

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York; JOSEPH MERCOLA, M.D., a citizen of Florida; RONALD CUMMINS, a citizen of Minnesota; and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>Defendant. | CASE NO.  2:21-cv-01508-BJR<br><br>**JOINDER IN MOTION FOR RELIEF FROM OPPOSITION TO PRELIMINARY INJUNCTION DEADLINE; DECLARATION OF BRIAN C. KIPNIS IN SUPPORT THEREOF** |

Defendant U.S. Senator Elizabeth Warren, in her official capacity, hereby joins in the motion filed herein to extend the deadline for the filing of her opposition to the motion for a

///

///

///

JOINDER IN MOTION FOR RELIEF FROM OPPOSITION TO
PRELIMINARY INJUNCTION DEADLINE - 1
(Case No. 2:21-cv-01508-BJR)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

preliminary injunction (Dkt. #13).  Additional reasons supporting the motion are set forth in the attached Declaration of Brian C. Kipnis.

DATED this 15th day of December 2021.

Respectfully submitted,

NICHOLAS W. BROWN
United States Attorney

*s/ Brian C. Kipnis*
BRIAN C. KIPNIS
Assistant United States Attorney
Office of the United States Attorney
5220 United States Courthouse
700 Stewart Street
Seattle, Washington 98101-1271
Phone: (206) 553-7970
E-mail: brian.kipnis@usdoj.gov

Attorneys for Defendant in her Official Capacity

JOINDER IN MOTION FOR RELIEF FROM OPPOSITION TO
PRELIMINARY INJUNCTION DEADLINE - 2
(Case No. 2:21-cv-01508-BJR)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970