HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>Plaintiffs,<br><br>U.S. Senator ELIZABETH WARREN,<br><br>Defendant(s). | No. 21-cv-01508-SKV<br><br><br><br>ORDER GRANTING DEFENDANT U.S. SENATOR ELIZABETH WARREN'S MOTION FOR RELIEF FROM DEADLINE |

The Court, having considered Defendant's Motion for Relief from Deadline, Plaintiffs' response if any, and Defendant's reply if any, and being fully apprised, the Court hereby GRANTS Defendant's motion and ORDERS that Plaintiffs' Motion for Preliminary Injunction is hereby renoted for January 14, 2022. Defendant's response to Plaintiffs' Motion for Preliminary Injunction must be filed no later than January 10, 2022. Plaintiffs' reply, if any, must be filed no later than January 14, 2022.

[PROPOSED] ORDER GRANTING DEFENDANT'S
MOTION FOR RELIEF FROM DEADLINE
(NO. 21-CV-01508-SKV) - 1

DATED this 17th day of December, 2021.

_____

HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT JUDGE

Presented by:

By: /s William Stafford

William B. Stafford
WSBA No. 39849
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176
BStafford@elias.law

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RELIEF FROM DEADLINE (NO. 21-CV-01508-SKV) - 2