HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>     Defendant(s). | No. 21-cv-01508-BJR<br><br>JOINDER IN MOTION AND CONSOLIDATED MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINATORY INJUNCTION<br><br>Noted for: January 14, 2022 |

  Defendant Senator Elizabeth Warren ("Senator Warren"), in her individual capacity, hereby joins in the opposition to Plaintiffs' Motion for Declaratory and Injunctive Relief Against Defendant in her Official Capacity ("Motion") filed by counsel for Senator Warren in her official capacity (Dkt. #30). Plaintiffs' Motion, by its title, is directed at Senator Warren in her official capacity only and thus does not seek any relief against Senator Warren in her individual capacity. That said, the undersigned counsel for Senator Warren, who represent the senator in her individual capacity, file this joinder in support of the arguments made in opposition to the Motion.

JOINDER IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(NO. 21-CV-01508-BJR) - 1

ELIAS LAW GROUP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176

Dated: January 10, 2022

**ELIAS LAW GROUP LLP**

By /s/  *William Stafford*
William B. Stafford
WSBA No. 39849
Lindsay McAleer
WSBA No. 49833
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176
(206) 656-0235
BStafford@elias.law
LMcAleer@elias.law

Elizabeth Frost*
Melinda Johnson*
**Elias Law Group LLP**
10 G Street NE, Suite 600
Washington, DC 20002
(202) 968-4513
(202) 968-4674
EFrost@elias.law
MJohnson@elias.law

*Admitted pro hac vice*

*Attorneys for Defendant Senator Elizabeth Warren in her individual capacity*

JOINDER IN OPPOSITION TO PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION
(NO. 21-CV-01508-BJR) - 2

ELIAS LAW GROUP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2  I, William B. Stafford, certify under penalty of perjury that on January 10, 2022, a copy

3  of the foregoing was sent via the Court's electronic filing system to the following**:**

4   Nathan J. Arnold, WSBA #45356
    Nathan@CAJLawyers.com
5   R. Bruce Johnston, WSBA #4646
    Bruce@rbrucejohnston.com
6   ARNOLD & JACOBOWITZ, PLLC
    2701 First Avenue, Suite 200
7   Seattle, WA 98121

                                              **By: s/ *William Stafford***
8                                             William B. Stafford
                                              WSBA No. 39849
9                                             **Elias Law Group LLP**
                                              1700 Seventh Ave, Suite 2100
10                                            Seattle, WA 98101
                                              (206) 656-0176
11                                            BStafford@elias.law

CERTIFICATE OF SERVICE
(NO. 21-CV-01508-BJR) - 3