UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 26 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ROBERT F. KENNEDY, Jr., a citizen of New York; et al.,<br><br>     Plaintiffs - Appellants,<br><br>  v.<br><br>ELIZABETH WARREN, Senator, United States of America, in official and in personal capacity,<br><br>     Defendant - Appellee. | No. 22-35457<br><br>D.C. No. 2:21-cv-01508-BJR<br>U.S. District Court for Western Washington, Seattle<br><br>**MANDATE** |

The judgment of this Court, entered May 04, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT