HONORABLE BARBARA J. ROTHSTEIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>Plaintiffs,<br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>Defendant. | No. 21-cv-01508-BJR<br><br>UNOPPOSED MOTION FOR LEAVE TO FILE SEPARATE RULE 12 MOTIONS |

Plaintiffs have brought First Amendment claims against Defendant Senator Elizabeth Warren ("Senator Warren") in both her official and individual capacity. As is the typical practice in such a case, Senator Warren is separately represented by the U.S. Department of Justice as to Plaintiffs' official-capacity claims and by the undersigned counsel at Elias Law Group LLP as to Plaintiffs' individual-capacity claims. The claims against the Senator in her official and individual capacity differ, and as a result, so do some of the arguments available to the Senator on a motion to dismiss. Senator Warren files this motion in her individual capacity to request leave to file a separate Fed. R. Civ. P. 12(b) motion to dismiss and accompanying brief not to exceed 15 pages

MOTION FOR LEAVE TO
FILE SEPARATE BRIEFS
(NO. 21-CV-01508-BJR) - 1

ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176

as set forth in the Court's Standing Order.[1] Counsel representing Senator Warren in her official capacity and counsel for Plaintiffs do not oppose this request.

In this Court previously and in the Ninth Circuit, official and individual capacity counsel have filed separate briefs and request leave to do so again to present several distinct arguments unique to Plaintiffs' official-capacity and individual-capacity claims.

Relatedly, counsel seeks the Court's guidance as to a briefing schedule for these renewed motions. The Court struck the then-pending dispositive motions with leave to refile after the resolution of Plaintiffs' appeal. ECF No. 54. Accordingly, there are not currently deadlines set by rule for the refiling of these motions, and Senator Warren requests clarity on when this Court would like renewed motions submitted.

Dated: July 14, 2023

**ELIAS LAW GROUP LLP**

By /s/  *William Stafford*
William B. Stafford
WSBA No. 39849
Lindsay McAleer
WSBA No. 49833
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176
(206) 656-0235
BStafford@elias.law
LMcAleer@elias.law

Elizabeth Frost*
Melinda Johnson*
**Elias Law Group LLP**
250 Massachusetts Ave., Suite 400
Washington, DC 20001

---

[1] On May 8, 2023, the Ninth Circuit issued its opinion affirming the denial of Plaintiffs' motion for preliminary injunction. ECF No. 55. On June 26, 2023, the Ninth Circuit has issued its mandate, and the Court again has jurisdiction.

MOTION FOR LEAVE TO
FILE SEPARATE BRIEFS
(NO. 21-CV-01508-BJR) - 2

ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176

(202) 968-4513
(202) 968-4674
EFrost@elias.law
MJohnson@elias.law

*\* Admitted pro hac vice*

*Attorneys for Defendant Senator Elizabeth Warren in her individual capacity*

MOTION FOR LEAVE TO
FILE SEPARATE BRIEFS
(NO. 21-CV-01508-BJR) - 3

ELIAS LAW GROUP LLP
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176

# CERTIFICATE OF SERVICE

I, William B. Stafford, certify under penalty of perjury that on July 14, 2023, a copy of the foregoing was sent via the Court's electronic filing system to the following:

Nathan J. Arnold, WSBA #45356
Nathan@CAJLawyers.com
R. Bruce Johnston, WSBA #4646
Bruce@rbrucejohnston.com
ARNOLD & JACOBOWITZ, PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121

Jed Rubenfeld
rubenfeldjed@gmail.com
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511

**By: s/ *William Stafford***
William B. Stafford
WSBA No. 39849
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176
BStafford@elias.law

CERTIFICATE OF SERVICE
(NO. 21-CV-01508-BJR) - 4