HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>Defendant(s). | No. 21-cv-01508-BJR<br><br>ORDER GRANTING DEFENDANT SENATOR ELIZABETH WARREN'S MOTION FOR LEAVE TO FILE SEPARATE RULE 12 MOTIONS |

The Court, having considered Defendant Senator Warren in her individual capacity's Unopposed Motion for Leave to File Separate Rule 12 Motions, and being fully advised, therefore orders that Defendant's motion is granted. The deadline for filing any renewed Rule 12 motion is set as August 1, 2023.

DATED this 17th day of July 2023.

ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE TO FILE
(NO. 21-CV-01508-BJR) - 1

*[signature: Barbara J. Rothstein]*

HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

Presented by:
/s William B. Stafford
William B. Stafford
WSBA No. 39849
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176
BStafford@elias.law

ORDER GRANTING
DEFENDANT'S MOTION FOR LEAVE TO FILE
(NO. 21-CV-01508-BJR) - 2