Judge Rothstein

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York; JOSEPH MERCOLA, M.D., a citizen of Florida; RONALD CUMMINS, a citizen of Minnesota; and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>Defendant. | CASE NO. C21-1508BJR<br><br>**ORDER GRANTING MOTION TO EXTEND TIME** |

On motion of defendant Elizabeth Warren for an order extending the time within which a response must be made to the official capacity claims asserted against her in the complaint filed herein, and good cause having been shown,

IT IS HEREBY ORDERED that the motion is granted, and that Defendant Warren shall have

///
///
///
///
///

ORDER GRANTING MOTION TO EXTEND TIME - 1
(Case No. C21-1508BJR)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970

until August 15. 2023 to file her motion to dismiss with respect to official capacity claims asserted against her in the operative complaint filed herein.

DATED this 2nd day of August 2023.

BARBARA J. ROTHSTEIN
Senior United States District Judge

Presented by:

 /s/ Brian C. Kipnis
BRIAN C. KIPNIS
Assistant United States Attorney

ORDER GRANTING MOTION TO EXTEND TIME - 2
(Case No. C21-1508BJR)

UNITED STATES ATTORNEY
5220 UNITED STATES COURTHOUSE
700 Stewart Street
Seattle, Washington 98101-1271
(206)-553-7970