Hon. Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>Defendants. | CASE NO. 21-cv-01508-BRJ<br><br>MOTION FOR VOLUNTARY DISMISSAL UNDER FED R. CIV. P. 41(a)(1) |

Plaintiffs move for a dismissal of this action under Fed. R. Civ. P. 41(a)(2). Defendant/ has not filed any counterclaims and will not be prejudiced in any way by dismissal. The dismissal should be without an award of costs to any party.

**DATED** this 9th day of August 2023.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

**ARNOLD & JACOBOWITZ PLLC**

/s/ Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356
Arnold & Jacobowitz PLLC
8201 164th Ave NE, Suite 200
Redmond, WA 98052
Tel.: 206.799.4221
Nathan@CAJlawyers.com
*Counsel for Plaintiffs*

MOTION FOR VOLUNTARY DISMISSAL- 2

ARNOLD & JACOBOWITZ PLLC
8205 164TH AVE NE SUITE 200
REDMOND, WA 98052
(206) 799-4221

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2023, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to those registered with CM/ECF.

DATED this 9th day of August 2023.

/s/ Nathan J. Arnold
Nathan J. Arnold, WSBA No. 45356