HONORABLE BARBARA J. ROTHSTEIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Senator ELIZABETH WARREN,<br><br>Defendant. | No. 21-cv-01508-BJR<br><br>STIPULATION OF DISMISSAL AND ORDER |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties who have appeared in this action hereby stipulate and agree to the dismissal of the above-referenced action with prejudice and without an award of costs or fees to any party. The parties further stipulate that all pending motions are hereby withdrawn.

Stipulated and agreed to this 18th day of August, 2023.

1                                   **ELIAS LAW GROUP LLP**

2                                   By /s/  *William Stafford*

3                                       William B. Stafford
                                       WSBA No. 39849

4                                        Lindsay McAleer
                                       WSBA No. 49833

5                                        **Elias Law Group LLP**
                                       1700 Seventh Ave, Suite 2100

6                                        Seattle, WA 98101
                                       (206) 656-0176

7                                        (206) 656-0235
                                       BStafford@elias.law

8                                        LMcAleer@elias.law

9                                        Elizabeth Frost*
                                       Melinda Johnson*

10                                      **Elias Law Group LLP**
                                      250 Massachusetts Ave., Suite 400

11                                     Washington, DC 20001
                                    (202) 968-4513

12                                    (202) 968-4674
                                   EFrost@elias.law

13                                    MJohnson@elias.law

14                                  *\* Admitted pro hac vice*

15                    *Attorneys for Defendant Senator Elizabeth Warren in her individual capacity*

16                                  TESSA M. GORMAN
                                 Acting United States Attorney

17

18                                  */s/ Brian C. Kipnis*
                                 BRIAN C. KIPNIS

19                                  Assistant United States Attorney
                                 Office of the United States Attorney

20                                  5220 United States Courthouse
                                 700 Stewart Street

21                                  Seattle, Washington 98101-1271
                                 Phone: 206 553 7970

22                                  E-mail: brian.kipnis@usdoj.gov

23                    *Attorneys for Defendant Elizabeth Warren in her official capacity*

24

STIPULATION OF DISMISSAL                                                             1700 Seventh Ave, Suite 2100
(NO. 21-CV-01508-BJR) - 2                                                                                               Seattle, WA 98101
                                                                                                                          (206) 656-0176

*/s/ Nathan J. Arnold*
Nathan J. Arnold, WSBA #45356
Nathan@CAJLawyers.com
R. Bruce Johnston, WSBA #4646
Bruce@rbrucejohnston.com
ARNOLD & JACOBOWITZ, PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121

Jed Rubenfeld
rubenfeldjed@gmail.com
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511

*Attorneys for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

Dated this _____ day of August 2023.

_____
United States Barbara J. Rothstein

# CERTIFICATE OF SERVICE

I, William B. Stafford, certify under penalty of perjury that on August 18, 2023, a copy of the foregoing was sent via the Court's electronic filing system to the following:

Nathan J. Arnold, WSBA #45356
Nathan@CAJLawyers.com
R. Bruce Johnston, WSBA #4646
Bruce@rbrucejohnston.com
ARNOLD & JACOBOWITZ, PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121

Jed Rubenfeld
rubenfeldjed@gmail.com
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511

**By: s/ *William Stafford***
William B. Stafford
WSBA No. 39849
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176
BStafford@elias.law