HONORABLE BARBARA J. ROTHSTEIN

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

ROBERT F. KENNEDY, JR., a citizen of New York, JOSEPH MERCOLA, M.D., a citizen of Florida, RONALD CUMMINS, a citizen of Minnesota, and CHELSEA GREEN PUBLISHING, INC., a Vermont Corporation,

                        Plaintiffs,

v.

U.S. Senator ELIZABETH WARREN,

                        Defendant.

No. 21-cv-01508-BJR

STIPULATION OF DISMISSAL AND ORDER

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), all parties who have appeared in this action hereby stipulate and agree to the dismissal of the above-referenced action with prejudice and without an award of costs or fees to any party. The parties further stipulate that all pending motions are hereby withdrawn.

Stipulated and agreed to this 18th day of August, 2023.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

**ELIAS LAW GROUP LLP**

By /s/  *William Stafford*
    William B. Stafford
    WSBA No. 39849
    Lindsay McAleer
    WSBA No. 49833
    **Elias Law Group LLP**
    1700 Seventh Ave, Suite 2100
    Seattle, WA 98101
    (206) 656-0176
    (206) 656-0235
    BStafford@elias.law
    LMcAleer@elias.law

    Elizabeth Frost*
    Melinda Johnson*
    **Elias Law Group LLP**
    250 Massachusetts Ave., Suite 400
    Washington, DC 20001
    (202) 968-4513
    (202) 968-4674
    EFrost@elias.law
    MJohnson@elias.law

    *\* Admitted pro hac vice*

*Attorneys for Defendant Senator Elizabeth Warren in her individual capacity*

    TESSA M. GORMAN
    Acting United States Attorney

    */s/ Brian C. Kipnis*
    BRIAN C. KIPNIS
    Assistant United States Attorney
    Office of the United States Attorney
    5220 United States Courthouse
    700 Stewart Street
    Seattle, Washington 98101-1271
    Phone: 206 553 7970
    E-mail: brian.kipnis@usdoj.gov

*Attorneys for Defendant Elizabeth Warren in her official capacity*

1

2
/s/ Nathan J. Arnold
Nathan J. Arnold, WSBA #45356

3
Nathan@CAJLawyers.com
R. Bruce Johnston, WSBA #4646

4
Bruce@rbrucejohnston.com
ARNOLD & JACOBOWITZ, PLLC
2701 First Avenue, Suite 200

5
Seattle, WA 98121

6
Jed Rubenfeld

7
rubenfeldjed@gmail.com
YALE LAW SCHOOL
127 Wall Street

8
New Haven, CT 06511

9
*Attorneys for Plaintiffs*

10

11
**ORDER**

12
IT IS SO ORDERED.

13
    Dated this 21st day of August 2023.

14

15

16
Barbara J. Rothstein
United States District Judge

17

18

19

20

21

22

23

24

1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176

**CERTIFICATE OF SERVICE**

I, William B. Stafford, certify under penalty of perjury that on August 18, 2023, a copy of the foregoing was sent via the Court's electronic filing system to the following:

Nathan J. Arnold, WSBA #45356
Nathan@CAJLawyers.com
R. Bruce Johnston, WSBA #4646
Bruce@rbrucejohnston.com
ARNOLD & JACOBOWITZ, PLLC
2701 First Avenue, Suite 200
Seattle, WA 98121

Jed Rubenfeld
rubenfeldjed@gmail.com
YALE LAW SCHOOL
127 Wall Street
New Haven, CT 06511

<u>**By: s/ William Stafford**</u>
William B. Stafford
WSBA No. 39849
**Elias Law Group LLP**
1700 Seventh Ave, Suite 2100
Seattle, WA 98101
(206) 656-0176
BStafford@elias.law

CERTIFICATE OF SERVICE
(NO. 21-CV-01508-BJR) - 4